## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-10111-MEL |
| | ) |
| v. | ) |
| | ) |
| COREY SMITH, | ) |
| a/k/a "BLACK" and "BLACKIE," | ) |
| | ) |
| Defendant. | ) |

### INFORMATION

Pursuant to Title 21, United States Code, Section 851(a), the United States Attorney, by Assistant United States Attorney Patrick M. Hamilton, hereby files this information stating that the government will rely on a certain drug conviction as the basis for a sentencing enhancement with respect to Count Nine of the Indictment.

In particular, the government will rely on the following conviction:

> a December 3, 2002 conviction in Roxbury District Court, Docket Number 0202CR003984 for Possession with Intent to Distribute a Class D Controlled Substance, in violation of M.G.L. c. 94C, Section 32C(a), for which the defendant was given a 2 year House of Correction sentence, of which he was deemed to have served 2 1/2 months and the balance of which was suspended for two years.

Because Count Nine involves five (5) grams or more of a mixture or substance containing cocaine base (also known as "crack"), the government submits that the defendant is subject upon conviction on this count to a maximum sentence of life imprisonment, a mandatory minimum period of incarceration for ten

years, a fine of up to four million dollars and supervised release

for at least eight (8) years and for a maximum of life following

any period of incarceration, pursuant to 21 U.S.C. § 841(b)(1)(B).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PATRICK M. HAMILTON
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210

Date:     April 15, 2004          (617)748-3251