# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

COREY SMITH

**WARRANT FOR ARREST**

To: The United States Marshal
and any Authorized United States Officer

CR-04-10111-MEL

YOU ARE HEREBY COMMANDED to arrest __COREY SMITH__
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM WITH

conspiracy to distribute cocaine base and distribution in a school zone and in a playground zone of cocaine base, a Schedule II controlled substance,

in violation of Title __21__ United States Code, Sections 841(a)(1), 846 and 860(a).

_Sheila Diskes_ (for)
Marianne B. Bowler
Name of Issuing Officer

_Operations Supervisor_ (for)
Chief United States Magistrate Judge
Title of Issuing Officer

_/s/ Sheila Diskes_
Signature of Issuing Officer

April 8, 2004 at Boston, Massachusetts
Date and Location

Bail fixed at $ _____  BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |
| WARRANT EXECUTED BY USMS - Hide Task Force |
| ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/15/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |