AO 199A    (Rev. 6/97) Order Setting Conditions of Release                                          Page 1 of 4    Pages

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

United States of America

V.

Corey Smith

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 04CR10128 MEL

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____
                                                                                                                    Place
_____ on _____
                                                    Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(   ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($ _____ ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

*See Attached Order*

DISTRIBUTION:  COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

V.     CRIMINAL NO. 04-10111-MEL-03

COREY SMITH.

## ORDER SETTING CONDITIONS OF RELEASE

COLLINGS, U.S.M.J.

After hearing held on April 26, 2004, I set the following Conditions of Release which are, in my view, the minimum necessary to reasonably assure me that the defendant will not flee and will not pose a danger to other persons and the community:

> The defendant shall be delivered to authorities at Spectrum House, 150 Oak Street, Westborough, Massachusetts for the purposes of being admitted to an in-patient program ("the program") at that agency.
>
> The defendant shall remain as an in-patient resident in the program, participate fully in the program, and obey all the rules and regulations of the program.

*UNDER NO CIRCUMSTANCES IS THE DEFENDANT TO LEAVE SPECTRUM HOUSE WITHOUT PERMISSION.*

The defendant shall sign all papers necessary in order for Pre-Trial Services to be advised of the defendant's progress by authorities at Spectrum House.

The defendant shall sign all papers necessary in order for Pre-Trial Services and Spectrum House to obtain all records of prior treatment for substance abuse.

The defendant shall notify Pre-Trial Services at least *forty-eight (48) hours prior to any anticipated release from Spectrum House*.

Upon completion of the program at the in-patient facility, authorities at Spectrum House shall transport the defendant to the United States Courthouse, Boston, Massachusetts for an appearance before the Court.

Review of the within Order may be had by the defendant filing a motion pursuant to 18 U.S.C. Sec. 3145(a)(2).

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date:  April 27, 2004.

AO 199C   (Rev.6/97) Advise of Penalties . . .                                                                              Page  4   of  4   Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

    The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor.  This sentence shall be in addition to any other sentence.

    Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation.  It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_Corey Smith_
Signature of Defendant

_81 moreland st_
Address

_Boston ma_                                     _617-799-1489_
City and State                                   Telephone

## Directions to United States Marshal

( x )  The defendant is ORDERED released after processing.
(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release.  The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:   April 28, 2004                        _Gina Affsa_
                                              Signature of Judicial Officer

                                              Deputy Clerk
                                              Name and Title of Judicial Officer

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL