UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.No. 04-10111-MEL |
| Plaintiff | ) | |
| v. | ) | |
| COREY SMITH, et al., | ) | |
| Defendant. | ) | |

## DEFENDANT'S EX PARTE APPLICATION FOR AUTHORIZATION OF NECESSARY SERVICES

Defendant COREY SMITH, by and through his attorney of record and pursuant to 18 U.S.C. section 3006A(e)(1) hereby moves this Honorable Court for an Order authorizing the expenditure of funds limited to $1,500.00 for defense counsel to pay the Duplicating Center for copies of audio and video tapes that have been made available by the government. In support thereof, counsel declares, deposes and says that:

Counsel has been appointed by this Honorable Court pursuant to the Criminal Justice Act to represent defendant herein. Defendant has been charged in a major investigation involving alleged crack cocaine distribution in the Warren Gardens section of Boston. It is reported that there are 49 audio and 38 video tapes that have been compiled by the government during this investigation. Defendant SMITH faces a sixty year maximum penalty.

Counsel understands that the videos are $25.00 each to copy and the audio tapes are $7.50 each. Therefore, counsel is requesting sufficient funds to cover the expense of all discovery materials.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 18th day of June, 2004 at Boston, Massachusetts.

Date:  June 18, 2004                    Respectfully submitted,

                                        [signature]
                                        MICHAEL C. BOURBEAU, BBO # 545908
                                        77 Central Street, 2nd Floor
                                        Boston, MA 02109
                                        (617) 350 6565
                                        Attorney for Defendant

Law office of

## Bourbeau & Bonilla

77 Central Street, Second Floor
Boston, Massachusetts 02109
Fax: (617) 350-7766

Michael C. Bourbeau                                    Victoria M. Bonilla-Argudo
Telephone (617) 350-6565                               Telephone (617) 350-6868
   *also admitted in California


June 18, 2004


George Howarth, Clerk to the
Honorable Morris E. Lasker
One Courthouse Way
Boston, MA 02210

    Re:   <u>United States v. Smith</u>,   Cr. No. 04-10111-MEL

Dear Mr. Howarth:

Enclosed please find Mr. Smith's Motion for funds for duplication services which tapes will be shared with all counsel. Kindly bring the same to the Court's attention for approval as soon as possible.

Thank you for your anticipated cooperation with this matter.


Sincerely,

*[signature]*

MICHAEL C. BOURBEAU


Website: www.lawgenie.com  E-mail: mike@lawgenie.com; vicky@lawgenie.com
