UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,           ) No.04-10111-MEL
                                    )
              Plaintiff,            )
        v.                          )
                                    )
COREY SMITH, et. al                 )
              Defendants.           )
_____)
```

**MOTION TO CONTINUE TIME FOR FILING OF MOTIONS**

Defendant Corey Smith, by and through his attorney of record, respectfully moves this Honorable Court to continue the time for the filing of any motions until September 3, 2004 or such other date as the Court may set. The **government also assents** to this request.

In support hereof, defendant submits that on August 2, 2004 he received the copies of the tape recordings from the Duplicating Center which have yet to be reviewed.

Date: August 4, 2004                Respectfully submitted,


                                    /s/ *Michael C. Bourbeau*
                                    _____
                                    MICHAEL C. BOURBEAU BBO # 545908
                                    Attorney for Defendant
                                    COREY SMITH

                                    77 Central Street
                                    Boston, MA 02109
                                    (617) 350-6565

**Certificate of Service**
I, Michael Bourbeau, hereby certify that I have caused to be served a copy of the within motion upon all counsel of record, this date by hand, electronic mail, fax or by mailing said motion by first class mail to each said person.
Dated: August 4, 2004                *Michael Bourbeau*

1