UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | Criminal No. 04-10111-MEL-ALL |
| ) | |
| ) | |
| V.            ) | |
| ) | |
| ) | |
| JERMAINE ANDERSON    ) | |
| ALFRED G. RYAN     ) | |
| COREY SMITH       ) | |

JOINT FINAL STATUS CONFERENCE REPORT

The parties pursuant to Local Rule 116.5 (C) hereby submit for the Court's consideration this Joint Final Status Conference Report.

**DISCOVERY ISSUES NOT YET RESOLVED**

The discovery of exculpatory/ Giglio as well as the disclosure of the informant has yet to be disclosed. This material , by Local Rule, is not due the defendants until twenty-one days before trial.

**ADDITIONAL DISCOVERY TO BE PROVIDED**

The Government recognizes its continuing duty to provide any additional discovery as it becomes known to the Government or its agents. The Government agrees to disclose any Giglio/excupatory evidence twenty-one days before trial.

**INSANITY DEFENSE/PUBLIC AUTHORITY**

The parties do not presently have any intent to assert the defense of insanity or of public authority.

**NOTICE OF ALIBI**

The parties do not presently intend to assert an alibi defense in their case.

**MOTIONS TO SEVER/ DISMISS /SUPPRESS**

The parties request a filing date for the purposes of filing any motions to sever, dismiss or suppress. The defendant's reserve the right to file a motion for the early disclosure of the informant's identity.

## ADDITIONAL SCHEDULING OTHER THAN TRIAL

The parties will need a hearing date scheduled for hearings on any motions to sever, dismiss or suppress.

## DISCUSSIONS AS TO EARLY RESOLUTION OF CASE

At this point trial of these cases is anticipated.

## EXCLUDABLE DELAY UNDER THE SPEED TRIAL ACT

Every day has been excluded under the Speedy Trial Act by agreement of the parties.

## ESTIMATED LENGTH OF TRIAL

The estimated length of trail is two to three weeks.

| | |
|---|---|
| **GERMAINE ANDERSON**<br>By his attorney,<br><br>s/ *Walter H. Underhill*<br>_____<br>**Walter H. Underhill**<br>Law Office of Walter H. Underhill<br>66 Long Wharf<br>4th Floor<br>Boston, MA 02110<br>617-523-5858<br>Fax : 617-523-7834 | **ALFRED G. RYAN**<br>By his attorney,<br><br><br>_____<br>**John A. Amabile**<br>Amabile & Burkly, P.C.<br>380 Pleasant Street<br>Brockton, MA 02401<br>617-559-6966<br>Fax : 508-559-7954 |
| **COREY SMITH**<br>By his attorney,<br>s/ *Michael C. Bourbeau*<br>_____<br>**Michael C. Bourbeau**<br>Bourbeau and Bonilla<br>21 Union Street<br>Boston, MA 02108<br>617-722-9292<br>Fax : 617-722-9499 | **UNITED STATES OF AMERICA**<br>By its attorney,<br><br>_____<br>**Patrick M. Hamilton**<br>United States Attorney's Office<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617-748-3251<br>Fax : 617-748-3965 |

### CERTIFICATE OF SERVICE

I , Walter H. Underhill, Esquire, hereby certify that I have served a copy of this pleading upon the United States Attorney's Office by facsimile on September 16, 2004.
SIGNED:_s/ *Walter Underhill*