UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-10111-MEL |
| | ) |
| v. | ) VIOLATIONS: |
| | ) 21 U.S.C. § 841(a)(1) -- |
| 1.  JERMAINE ANDERSON, | )    Distribution of Cocaine |
|     a/k/a "TONY," | )    Base |
| | ) |
| 2.  ALRED G. RYAN and | ) 21 U.S.C. § 846 -- |
| | )    Conspiracy to Distribute |
| 3.  COREY SMITH, | )    Cocaine Base |
|     a/k/a "BLACK" and | ) |
|     "BLACKIE," | ) 21 U.S.C. § 860(a) -  School |
| | )    Zone Violation |
|     Defendants. | ) |
| | ) 18 U.S.C. § 2 -- |
| | )    Aiding and Abetting |

SUPERSEDING INDICTMENT

COUNT ONE:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
              Base; 21 U.S.C. § 860(a) -- School Zone Violation)

The Grand Jury charges that:

    On or about October 2, 2003, at Boston, in the District of Massachusetts,

        1.    JERMAINE ANDERSON, a/k/a "TONY,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. School, a public middle school.

    All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

<u>COUNT TWO</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                   Base; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about October 2, 2003, at Boston, in the District of Massachusetts,

    1.   **JERMAINE ANDERSON, a/k/a "TONY" and**
    3.   **COREY SMITH, a/k/a "BLACK" and "BLACKIE",**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- School Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about October 7, 2003, at Boston, in the District of Massachusetts,

    1.    JERMAINE ANDERSON, a/k/a "TONY" and
    3.    COREY SMITH, a/k/a "BLACK" and "BLACKIE",

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT FOUR</u>:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- School Zone Violation)

The Grand Jury further charges that:

On or about October 9, 2003, at Boston, in the District of Massachusetts,

    3.    **COREY SMITH, a/k/a "BLACK" and "BLACKIE,"** defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

<u>COUNT FIVE</u>:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
Base; 21 U.S.C. § 860(a) -- School Zone Violation)

The Grand Jury further charges that:

On or about October 9, 2003, at Boston, in the District of Massachusetts,

    1.    **JERMAINE ANDERSON, a/k/a "TONY"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

<u>COUNT SIX</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
              Base; 21 U.S.C. § 860(a) -- School Zone Violation)

The Grand Jury further charges that:

   On or about November 6, 2003, at Boston, in the District of Massachusetts,

   1.   **JERMAINE ANDERSON, a/k/a "TONY,"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

   All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

<u>COUNT SEVEN</u>:  (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- School Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about November 19, 2003, at Boston, in the District of Massachusetts,

    1.    JERMAINE ANDERSON, a/k/a "TONY" and
    3.    COREY SMITH, a/k/a "BLACK" and "BLACKIE",

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

**COUNT EIGHT:**   (21 U.S.C. § 846 -- Conspiracy to Distribute Cocaine Base)

The Grand Jury further charges that:

Beginning at least on or about November 20, 2003, and continuing through at least on or about November 22, 2003, at Boston, in the District of Massachusetts,

            2.   FRED G. RYAN and
      3.   COREY SMITH, a/k/a "BLACK" and "BLACKIE,"

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other to possess with intent to distribute, and to distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the aforesaid offense involved five grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack." Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT NINE</u>:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation)

The Grand Jury further charges that:

On or about November 20, 2003, at Boston, in the District of Massachusetts,

    3.    **COREY SMITH, a/k/a "BLACK" and "BLACKIE,"**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

<u>COUNT TEN</u>:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
           Base; 21 U.S.C. § 860(a) -- School Zone Violation;
           18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about November 22, 2003, at Boston, in the District of Massachusetts,

      2.   **ALFRED G. RYAN and**
  3.   **COREY SMITH, a/k/a "BLACK" and "BLACKIE,"**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

**Notice Of Additional Factors**

The Grand Jury further charges that:

1. Defendant Jermaine Anderson, a/k/a "Tony," is responsible for at least 5, but less than 20, grams of cocaine base, also known as "crack" cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(7) applies to this defendant.

2. In connection with Counts Eight and Ten, and relevant conduct as described in U.S.S.G. § 1B1.3, defendant Alfred G. Ryan is responsible for at least 5, but less than 20, grams of cocaine base, also known as "crack" cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(7) applies to this defendant.

3. Defendant Corey Smith, a/k/a "Black" and "Blackie," is responsible for at least 5, but less than 20, grams of cocaine base, also known as "crack" cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(7) applies to this defendant.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: October 28, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

12

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  Category No. __II__  Investigating Agency __DEA__

**City** __Boston__  Related Case Information:

**County** __Suffolk__  Superseding Ind./ Inf. __X__  Case No. __04-10111-MEL__
Same Defendant __X__  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Jermaine Anderson__  Juvenile:  ☐ Yes  ■ No
Alias Name __Tony__
Address __16 Rockland Street, Roxbury, MA__

Birthdate: __1982__  SS # __-7756__  Sex: __Male__  Race: __African-American__  Nationalit __US__

**Defense Counsel if known:** __Walter Underhill__  Address __66 Long Wharf__
Bar Number _____  __Boston, MA 02110__

**U.S. Attorney Information:**

AUSA __Patrick M. Hamilton__  Bar Number if applicable _____

Interpreter:  Yes  X No  List language and/or dialect: _____

Matter to be SEALED:  X Yes  No

Warrant Requested  ☐ Regular Process  X In Custody

**Location Status:**

Arrest Date __April 15, 2004__

X Already in Federal Custody as of __April 15, 2004__ in __Plymouth__
☐ Already in State Custody  Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**  Complaint  ☐ Information  X Indictment

**Total # of Counts:**  ☐ Petty ——  ☐ Misdemeanor ——  X Felony  6

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __October 28, 2004__  Signature of AUSA: _(signed)_ Patrick M. Hamilton

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Jermaine Anderson

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a school zone | 1, 2, 3, 5, 6 & 7 |
| Set 2 | 18 U.S.C. § 2 | Aiding and abetting | 2, 3 and 7 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js45.

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     Category No.  II     Investigating Agency  DEA

City     Boston                    **Related Case Information:**

County   Suffolk                   Superseding Ind./ Inf.   X          Case No.  04-10111-MEL
                                   Same Defendant    X          New Defendant _____
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Alfred G. Ryan                    Juvenile:   ☐ Yes   ■ No

Alias Name       _____

Address          25 Perrin Street, #1, Roxbury, MA

Birthdate: 1973    SS # - 0573    Sex: Male   Race: African-American   Nationalit US

**Defense Counsel if known:**   John Amabile          Address 197 Portland Street

Bar Number       _____                                    Boston, MA 02114

**U.S. Attorney Information:**

AUSA   Patrick M. Hamilton             Bar Number if applicable _____

Interpreter:   Yes   X No        List language and/or dialect: _____

Matter to be SEALED:   Yes   X No

     Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date  _____

X  Already in Federal Custody as of   4/21/04       in   Plymouth
   Already in State Custody            Serving Sentence    Awaiting Trial
☐ On Pretrial Release: Ordered by: _____        on _____

**Charging Document:**   Complaint      ☐ Information      X Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  October 28, 2004       Signature of AUSA:  _[signature]_
                                                  Patrick M. Hamilton

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Alfred G. Ryan

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine base | 8 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and and 860 | Distribution of cocaine base in a school zone | 10 |
| Set 3 | 18 U.S.C. § 2 | Aiding and abetting | 10 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:** _____

js45

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   **Category No.** II   **Investigating Agency** DEA

**City** Boston   **Related Case Information:**

**County** Suffolk   Superseding Ind./ Inf.  X   Case No.  04-10111-MEL
Same Defendant  X   New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Corey Smith   Juvenile:  ☐ Yes  ■ No

Alias Name  Black and Blackie

Address  81 Moreland Street, #2, Roxbury, MA

Birthdate: 1982   SS # -6642   Sex: Male   Race: African-American   Nationalit  US

**Defense Counsel if known:**  Michael Bourbeau   Address  77 Central Street, 2nd Floor

Bar Number       Boston, MA 02109

**U.S. Attorney Information:**

AUSA  Patrick M. Hamilton   Bar Number if applicable

**Interpreter:**   Yes   X No   List language and/or dialect:

**Matter to be SEALED:**   Yes   X No

   Warrant Requested   X Regular Process   In Custody

**Location Status:**

Arrest Date

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody   Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:  USMJ Collings   on  4/26/04 to Spectrum House

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   X Felony  8

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  October 28, 2004   Signature of AUSA: *(signed)* Patrick M. Hamilton

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Corey Smith _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a school zone | 2, 3, 4, 5, 7 & 10 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 9 |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine base | 8 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

js45.