UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her

deputies, and to: Superintendent of the Nashua Street Jail, Boston, Mass.

YOU ARE COMMANDED to have the body of  Corey Smith   now in your custody, before the United

States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way,

Courtroom No. 8 , on the 3rd  floor, Boston, Massachusetts on  January 3, 2005 , at  10:30  A.. M.

for the purpose of   Change of Plea

in the case of     UNITED STATES OF AMERICA V.   Jermaine Anderson

CR Number   04-10111-MEL

And you are to retain the body of said   Corey Smith      while before said Court upon said day

and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon

as may be thereafter to return said Corey Smith    to the institution from which he was taken, under safe

and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose

aforesaid.  And have you then and there this Writ with your doings herein.

Dated this   28    day of December, 2004    .


 MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

                                                          TONY ANASTAS
                                                          CLERK OF COURT
SEAL

                                                By: /s/ George H. Howarth
                                                   Deputy Clerk

(Habeas Writ.wpd - 2/2000)                                                                                                 [kwhcap.] or
                                                                                      [kwhcat.]