UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10111-MEL

UNITED STATES OF AMERICA

v.

COREY SMITH

ORDER OF DETENTION

December 30, 2004

COHEN, M.J.

    A warrant issued for the above-named defendant by another judge of this court based on an alleged violation of his conditions of release. That warrant was executed on this date. The defendant is scheduled for a plea of guilty in this controlled substances case on Monday, January 3, 2005. The defendant, by and through counsel, consented to an order of detention pending that scheduled hearing. The defendant is accordingly ordered detained pending further hearings.

_____
UNITED STATES MAGISTRATE JUDGE