UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA  )   Criminal No. 04-10111-MEL
      Plaintiff        )
      V.                     )
                                   )
COREY SMITH                     )
      Defendant       )
_____

**PROPOSED ORDER RE RELEASE**
**PENDING DISPOSITION**

    IT IS HEREBY ORDERED that Defendant COREY SMITH be immediately released pending disposition of this matter, currently scheduled for March 10, 2005, to attend and participate in his drug treatment and rehabilitation at Spectrum House and/or a men's sober house such as S.M.O.C. in Framingham.  Mr. SMITH is to coordinate such placement with Pre-Trial Services and is to further comply with any direction of Pre-trial Services as well as to obey all federal and state laws, rules and regulations.

                                                So Ordered:

Date:

                                                _____
                                                Morris E. Lasker
                                                U.S. District Court Judge


Submitted by:

**COREY SMITH**
**By his attorney**,
s/ *Michael C. Bourbeau*

_____
**Michael C. Bourbeau**
Bourbeau and Bonilla
77 Central St, 2d Floor
Boston, MA 02109
617-350 6565