UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA )      Criminal No. 04-10111-MEL
           Plaintiff      )
           V.             )
                          )
COREY SMITH               )
           Defendant      )
_____

**PROPOSED ORDER RE RELEASE
PENDING DISPOSITION**

IT IS HEREBY ORDERED that Defendant COREY SMITH be
immediately released pending disposition of this matter,
currently scheduled for March 10, 2005, to attend and
participate in his drug treatment and rehabilitation at
Spectrum House and/or a men's sober house such as S.M.O.C.
in Framingham.  Mr. SMITH is to remain under the same terms
of release as his original conditions of release and is to
coordinate such placement with Pre-Trial Services.  Mr.
Smith is to notify Pre-Trial Services within 24 hours of any
transfer from Spectrum to a sober house.  Mr. Smith is also
to further comply with any direction of Pre-trial Services
concerning said placement.

                          So Ordered:

Date:

                          _____
                          Morris E. Lasker
                          U.S. District Court Judge

Submitted by:

**COREY SMITH**
**By his attorney,**
s/ *Michael C. Bourbeau*

_____
**Michael C. Bourbeau**
Bourbeau and Bonilla
77 Central St, 2d Floor
Boston, MA 02109
617-350 6565