UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　Plaintiff　　　)<br>V.　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>COREY SMITH　　　　　　)<br>　　　Defendant　　　)  | Criminal No. 04-10111-MEL |

### ~~PROPOSED~~ ORDER RE RELEASE PENDING DISPOSITION

　　　IT IS HEREBY ORDERED that Defendant COREY SMITH be immediately released pending disposition of this matter, currently scheduled for March 10, 2005, to attend and participate in his drug treatment and rehabilitation at Spectrum House and/or a men's sober house such as S.M.O.C. in Framingham.  Mr. SMITH is to remain under the same terms of release as his original conditions of release and is to coordinate such placement with Pre-Trial Services.  Mr. Smith is to notify Pre-Trial Services within 24 hours of any transfer from Spectrum to a sober house.  Mr. Smith is also to further comply with any direction of Pre-trial Services concerning said placement.

Date:

So Ordered:

_____
Morris E. Lasker
U.S. District Court Judge

Submitted by:

**COREY SMITH**
**By his attorney,**
s/ *Michael C. Bourbeau*

**Michael C. Bourbeau**
Bourbeau and Bonilla
77 Central St, 2d Floor
Boston, MA 02109
617-350 6565