UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA )   Criminal No. 04-10111-MEL
      Plaintiff      )
      V.             )
                     )
COREY SMITH                )
      Defendant      )
_____

### CORRECTED MOTION FOR HEARING RE RELEASE STATUS PENDING DISPOSITION; REQUEST FOR HABEAS IF NECESSARY

COMES NOW Defendant COREY SMITH, by and through Counsel who hereby moves this Honorable Court for an immediate hearing concerning Mr. SMITH's release status and, if necessary, issuing a habeas returning Mr. SMITH to federal custody pending disposition.

This motion is made on the ground that it is necessary to prevent a *manifest injustice* in that counsel has been informed by AUSA Patrick Hamilton that state agents [who are working closely with the Government herein and apparently disturbed by this Court's order] have caused a Roxbury District Court judge to issue a warrant for Mr. SMITH's arrest on a pending state district court matter in complete disregard for this Honorable Court's decision to release Mr. SMITH for him to complete drug treatment and rehabilitation.

WHEREFORE, Mr. Smith requests an immediate hearing to address the issues herein.

**COREY SMITH**
**By his attorney**,
s/ *Michael C. Bourbeau*

_____
**Michael C. Bourbeau**
Bourbeau and Bonilla
77 Central St, 2d Floor
Boston, MA 02109
617-350 6565