UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>     Plaintiff   ) <br>     V.           ) <br>                ) <br> COREY SMITH      ) <br>     Defendant   ) | Criminal No. 04-10111-MEL |

**NOTICE OF WITHDRAWAL OF MOTION FOR HEARING RE RELEASE STATUS**

    COMES NOW Defendant COREY SMITH, by and through counsel who hereby withdraws his request for a hearing concerning Mr. SMITH's release status in that no warrant was issued by the state court.

Date: January 5, 2005        Respectfully submitted,

                                      **COREY SMITH**
                                      **By his attorney**,

                                      s/ *Michael C. Bourbeau*

                                      _____
                                      **Michael C. Bourbeau**
                                      Bourbeau and Bonilla
                                      77 Central St, 2d Floor
                                      Boston, MA 02109
                                      617-350 6565