UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
UNITED STATES OF AMERICA )    Criminal No. 04-10111-MEL
        Plaintiff       )
        V.              )
                        )
COREY SMITH             )
        Defendant       )
_____ )
```

**ASSENTED TO MOTION TO CONTINUE SENTENCING**

    COMES NOW Defendant COREY SMITH, by and through counsel who hereby moves this Honorable Court to continue the sentencing in this matter to April 19, 2005 at 2:30 PM. The government assents to this request.

Date: February 23, 2005          Respectfully submitted,


                                    **COREY SMITH**
                                    **By his attorney**,

s/ *Michael C. Bourbeau*
_____
**Michael C. Bourbeau**
Bourbeau and Bonilla
77 Central St, 2d Floor
Boston, MA 02109
617-350 6565