UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-10111-MEL |
| | ) |
| COREY SMITH, | ) |
|    a/k/a "Black," | ) |
|    and "Blackie," | ) |
|       Defendant. | ) |

### NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed on the defendant, Corey Smith, by the district court (Lasker, SJ.) on April 19, 2005 and the resulting Judgment in a Criminal Case (entered on the docket on April 26, 2005).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Patrick Hamilton
PATRICK HAMILTON
Assistant U.S. Attorney

Certificate of Service

I, Patrick Hamilton, Assistant United States Attorney, hereby certify that I have caused a copy of this notice to be served by first-class mail on Michael C. Bourbeau, Bourbeau and Bonilla, 77 Central Street, 2nd Floor, Boston, MA 02109, on May 10, 2005.

/s/ Patrick Hamilton
Patrick Hamilton
Assistant U.S. Attorney