Corey Smith
Federal Register Number 25189-038
Federal Correctional Institution Ray Brook
Post Office Box 900×1
Ray Brook, New York 12977

July 12, 2005

The United States District Court
For The District Of Massachusetts
John J. Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210
**Attention: Office Of The Clerk Of  The Honorable Justice Lasker**

**Re: United States v. Corey Smith**
  Docket Number 1:04-CR-10111-03-MEL

Dear  Sir/Madam,

   Greetings, I am writing to you today regarding the above-captioned matter. I would like to request copies of the following material 1.) Judgement and Committment
              2.) Indictment and Docket Sheet
              3.) Plea Agreement
              4.) Pre-Sentencing Report
              5.) Sentencing Transcripts

   All of this material can be forwarded to me at the address listed at the top of this page. Kindly lable the face of all reply envelopes as follows: **LEGAL MAIL, TO BE OPENED IN THE PRESENCE OF THE INMATE ONLY.**

   I am in the process of preparing documents to present to the court for consideration and this material is necessary to properly prepare my brief.

   In closing, I would like to thank you in advance for all of your time and assistance concerning this matter and I look

(1)

(2)

forward to your reply.

                              Sincerely,

                              *Corey Smith*
                              Corey Smith

cc:File

(2)