# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number: 05-1725

USDC Docket Number : 04-cr-10111

United States of America

v.

Corey Smith

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 66-70, 72, 75, 80 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 9, 2006.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/9/06

_Barchard_
Deputy Clerk, US Court of Appeals