# United States Court of Appeals
## For the First Circuit

No. 05-1725

04-1011
USDC/MA
Judge Lasker

UNITED STATES OF AMERICA,

Appellant,

v.

COREY SMITH,

Defendant, Appellee.

MANDATE

**JUDGMENT**

Entered: April 7, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence is vacated, and the case is remanded for resentencing consistent with the opinion issued this day.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 5/1/06

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Hamilton, Ms. Chaitowitz, & Mr. Shapiro.]