No. **SUF# 0300584**                                                                 PAROLE OFFICE

# *The Commonwealth of Massachusetts*
## *Executive Office of Public Safety*
## PAROLE BOARD



## CERTIFICATE OF PAROLE

KNOW ALL MEN BY THESE PRESENTS:

It having been made to appear to the Massachusetts Parole Board that_____**Smith,**_____

____**Corey**____ ( DOB **3/3/81** )_____Commitment No.**SUF# 0300584**_____a prisoner sentenced to

____**Suffolk County House Correction**_____ is eligible to be paroled, and the matter having been

given careful consideration, it is therefore ordered by the said Parole Board that the said prisoner be released on parole and

permitted to be at liberty during the unexpired portion of the sentence which expires on the_____**1st**_____day

of_____**February**_____, 20 **04** .

BE IT ALSO KNOWN that this permit to be at liberty is granted upon condition that said prisoner

has agreed to observe and perform all of the rules and covenants as listed on the back of this permit and in the Supervision

Manual for Parolees (General Parole Conditions). This permit to be at liberty is further granted upon the condition that said

prisoner has agreed to observe all of the rules and covenants as listed below (Special Conditions):

**Must have home, Waive work 2 weeks, Curfew at your Parole Officer Discretion.**

**Supervise for drugs and liquor abstinence.**

**Report to the Regional Parole Office on day of release at 3PM.**

(THESE GENERAL AND SPECIAL CONDITIONS ARE HEREBY MADE AND AGREED TO BE CONDITIONS PRECEDENT TO SAID PRISONER'S RELEASE)

By order of the MASSACHUSETTS PAROLE BOARD

_____
Chairman (or Designee)

I hereby certify that I fully understand the special conditions listed above and the general conditions listed on the back

of this permit and in the Supervision Manual for Parolees. I fully understand that I am being released subject to these

conditions and agree to faithfully observe the same.

Parolee:___Corey Smith___                                      __9/2/03__
                     Signature                                           Date

Witness:_____ TPO          __9/2/03__
             Name/Official Title                                  Date

The above named prisoner was released on this____**3rd**____ day of_____**September**_____20 **03**

from_____**Suffolk County House Correction**_____.

_____
Superintendent

CORI



# MASSACHUSETTS PAROLE BOARD

☒   **Parole Violation Report**
☐   **Supplement To Parole Violation Report**

**SPVR Report Type:**    Not Applicable
☐      Supplement to PVR of
☐      Original Violation Report Vote:

---

**Attachments:**
☒ PATS Client Summary       ☒ RR          ☒ BOP          ☒ Police Report
☐ Letters/Memo's            ☒ WMS          ☒ III          ☐ R.O. Affidavit
☐ Urine Testing             ☐ Elec. Monitoring    ☐ Victim Statements
☐ Other:

---

**Report Date:** 11/24/2003

**Parole Officer:**    Karen Rourke                    **Region / District**      2-2
**Name:**    Smith, Corey                              **DOB:**    3/3/1981
**Street:**    81 Moreland Street         **City:**   Roxbury       **State:**   MA   **Zip:**   02119

      **Commit Institution:**   S.C.H.C.        **On Commit # 1** SUF-0300584
      **Commit Institution:**          **On Commit # 2**
      **Commit Institution:**          **On Commit # 3**
      **Others:**

**Released On:**    9/3/2003        **Maximum:**    2/13/2004    **PDD:**    2/1/2004

      **Offenses and Term of Sentences:**         SEE PATS CLIENT SUMMARY
      **Supervised for Special Conditions:**      CURFEW AT P.O.'S DISCRETION, SD, SLA.
      **Paroles on This Sentence:**    1           **P/V Reports on This Parole:**   1
      **Resultant Parole Board Action:**         N/A

---

**Recommendation:**
Provisional Revocation

**Conditions Alleged To Be Violated    /    New Violation Since Last Parole Violation Report:**
RULE #1A - IRRESPONSIBLE CONDUCT ON 10/18/03 WITH RESPECT TO YOUR ARREST BY BOSTON
POLICE DEPARTMENT CHARGING YOU WITH OPERATING AFTER SUSPENSION OF LICENSE
(SUBSEQUENT OFFENSE) AND OPERATING NEGLIGENTLY.

On the above date, subject was observed speeding. As officers approached the motor vehicle, subject put it in
reverse and fled the scene. Subject was subsequently arrested after a brief foot chase.

Subject was arraigned in Roxbury District Court on 10/20/03. Case continued to 12/9/03.

RULE #1B - IRRESPONSIBLE CONDUCT ON 10/24/03 AND 11/5/03 WITH RESPECT TO YOUR FAILURE
TO REMAIN HOME FOR A SCHEDULED VISIT.
Report Date: 11/24/2003
Client Name: Smith, Corey
Commitment Number: SUF-0300584
Filename and Path: E:\SMITH, Corey  SUF-0300584 PVR.doc

CORI

Subject failed to make himself available on the above dates.

RULE 1C.  IRRESPONSIBLE CONDUCT ON 11/14/03 WITH RESPECT TO YOUR FAILURE TO SHOW UP FOR YOUR PRELIMINARY HEARING.
 Subject was served a copy of his form A on 11/6/03 outlining the hearing date and time.

RULE 1D.  IRRESPONSIBLE CONDUCT ON 11/20/03 AND 11/21/03 WITH RESPECT TO YOUR FAILURE TO REPORT.
PO left messages with subject's father instructing him to report on the above dates.  Subject failed to do so.  PO verified subject received message to report on 11/20/03.

RULE #2 - FAILURE TO NOTIFY PO OF ARREST OF 10/18/03 CHARGING YOU WITH MOTOR VEHICLE VIOLATIONS WITHIN 24 HOURS OF SUCH ARREST.

PO learned of subjects arrest as a result of BOP check.  Subject claimed that he did not notify PO because he wanted to do so in person.

RULE 2B.  FAILURE TO NOTIFY PO OF THE CHANGE IN YOUR RESIDENCE, 81 MORELAND STREET, ROXBURY WHICH OCCURRED ON OR ABOUT 11/14/03 WITHIN 24 HOURS.  WHEREABOUTS UNKNOWN THEREAFTER.
On 11/19/03 PO spoke with subject's father and was told that subject comes on occasion to sleep but spend most of his time in Warren Gardens Development.  An exact address is unknown at this time.  On 11/22/03, subject was arrested by Boston PD on our warrant.


**Narrative Description of This Parole Adjustment   /   Adjustment Since Last Parole Violation Report:**
Subject was released to parole supervision on 9/3/03 after serving approximately 7 months for Motor Vehicle offenses and Possession of Class-D With Intent.  Subject is unemployed and claims to be job searching.

On 10/18/03, subject was arrested and charged with motor vehicle offenses.  Subject failed to notify PO of his arrest and has also failed to make himself available for supervision . On 11/14/03 subject failed to show up for his preliminary hearing and has avoided PO since.  Subject should complete his remaining time when apprehended.


**Additional Information Regarding Previous Reports Including Court Action:**
None

Report Date: 11/24/2003
Client Name: Smith, Corey
Commitment Number: SUF-0300584
Filename and Path: E:\SMITH, Corey  SUF-0300584 PVR.doc

# COMMONWEALTH OF MASSACHUSETTS
## PRELIMINARY HEARING SUMMARY

Date:  December 1, 2003          Location: **Suffolk County House of Correction**

Hearing Conducted Before Hearings Examiner:  **C. Grundstrom**

Date Notice of Form A Served:  **In hand on 11/25/03**

**RE:    Corey Smith          Inst#: SUF#0300584          P.O.: Rourke (2-2)**

1.    Parolee's Attorney:    **None present**

2.    Parolee requested that the following additional evidence against him be disclosed prior to the Preliminary Hearing.

      **None requested**

3.    Parolee requested the following witness(es) against him be produced to testify at the Preliminary Hearing.

      **None requested**

4.    Parolee produced the following witness(es) who testified in his behalf and/or introduced the following documents as evidence (name, address, telephone #, relationship):

      **No witnesses present.  No documents presented.**

5.    SUMMARY OF EVIDENCE AGAINST PAROLEE:

      1.    Form A dated 11/24/03
      2.    Parole Violation Report dated 11/24/03
      3.    Running records dated 8/26/03 to 11/24/03 (3 pages)
      4.    CJIS conducted 11/22/03
      5.    Client Summary Report dated 11/12/03
      6.    Boston Police Incident Report dated 10/18/03

6.    Reasons for Recommendation (Use additional sheets where necessary):

An explanation of the preliminary hearing process was presented to subject. He/She had no questions about the process or the role of the Hearings Examiner. A review of the Form A was also conducted. Subject offered no questions about the form and the hearing proceeded. Subject reports that he/she received the Form A in a timely manner and had no questions or concerns to his/her rights at this hearing.

**The following alleged parole violations were considered:**

**Rule #1A:  Irresponsible conduct.  Conduct on 10/18/03 with respect to arrest by Boston PD on charges of operating after suspension of license (subsequent offense) and operating negligently.**

Subject disagrees with the police version of this violation. Subject explains there was no chase as indicated. Subject was just driving down the street. His muffler is loud and he was told to pull over. Subject claims he did so. Subject indicates he has never had a valid driver's license. He was operating the motor vehicle on a valid drivers permit. He had a licensed driver in the car as required. Subject indicates he obtained this learners permit approximately one year ago and it was still valid.

Subject denies speeding. Subject claims he was going between 20 and 25 MPH.

Subject hopes to appear in court with his drivers permit and the licensed driver that was in the car and have these charges dismissed.

Subject explains the disparity between his version and the police as a vendetta by the arresting officers. The officers knew him from prior encounters and subject has been arrested by them in the past.

**Based on the attached Boston Police incident report, pending charges in Roxbury District Court and subject past criminal history of similar offenses, H.E. finds reasonable grounds to believe subject acted irresponsibly in violation of parole condition Rule #1A.**

**Rule #1B:  Irresponsible conduct.  Conduct on 10/24/03 and 11/5/03 with respect to failure to remain home for a scheduled visit.**

Subject admits he was late getting home to meet with his Parole Officer on 10/24/03. Subject claims he was filling out applications for work at the Watertown Mall and lost track of time.

On 11/5/03, there was a shooting at Dudley Station. It was pandemonium at the station and, as a result, he arrived home late. He had just missed his Parole Officer.

Subject admits he did not try to call his Parole Officer to explain his situation on either occasion. Subject notes he was "low on minutes" and did not want to use his phone.

**Based on the evidence and subject's statements and admissions, H.E. finds reasonable grounds to believe subject violated parole condition Rule #1B.**

**Rule #1C: Irresponsible conduct. Conduct on 11/14/03 with respect to failure to show up for preliminary hearing.**

Subject admits failure to appear for his preliminary hearing originally scheduled at the Region 2 parole office. Subject states he accompanied his pregnant girlfriend to her doctor's appointment and his hearing completely slipped his mind.

**Based on the evidence and subject's statements and admissions, H.E. finds reasonable grounds to believe subject violated parole condition Rule #1C.**

**Rule #1D: Irresponsible conduct. Conduct on 11/20/03 and 11/21/03 with respect to failure to report as instructed.**

Subject admits at this point he was afraid to report.

**Based on the evidence and subject's statements, H.E. finds reasonable grounds to believe subject acted irresponsibly in violation of parole condition Rule #1D.**

**Rule #2A: Failure to notify Parole Officer of 10/18/03 arrest within 24 hours.**

Subject admits to this violation. Subject states he wanted to tell his Parole Officer in person so he waited until he reported the following week.

**Based on admission, H.E. finds reasonable grounds for violation of parole condition Rule #2A.**

**Rule #2B: Failure to notify Parole Officer of change in residence which occurred on or about 11/14/03 within 24 hours. Whereabouts unknown thereafter.**

Subject claims he did not move from his approved home. Subject explains his father works long hours and he probably did not know he'd been home. Subject admits he spent a lot of his time at his girlfriends but claims he slept at his father's home. Subject notes he often came in late and left early.

**Based on statements of subject's home sponsor to Parole Officer as noted in attached PVR and running records, H.E. finds reasonable grounds for violation of parole condition Rule #2B.**

Subject admits he knew he was in trouble with his Parole Officer. When he received the message to report he did not know what to do. Subject admits he did not turn himself in, instead waiting until they arrested him. Subject was arrested leaving his girlfriends home.

Subject was paroled to live with his father and subject states his father is his best friend. Subject claims under the table work which he knew was not acceptable to Parole. Subject notes his Dad got him on the Union list but he is still waiting to be called for work. Subject states he had no luck finding work elsewhere as directed by Parole Officer. He did find work at the Boston Globe on a per diem basis. He was called to work only one day.

Subject describes his criminal history as mainly driving violations and marijuana possession. Subject violated his probation because he failed to meet his probation officer. Subject claims he was in the hospital suffering from gunshot wounds at the time but the court would not accept this as an excuse.

**Subject has failed to respond to supervision and Parole Officer directives. He failed to report or to make himself available for his Parole Officer's visits. He was given an opportunity to have his hearing in the community and failed to show up. He was then given chances to report and failed to do so.**

**Based on the sum of the evidence, the above noted parole violations, and pending court case, H.E. finds probable cause to hold subject in custody for a final revocation hearing and decision of the Parole Board. H.E. notes subject wraps up this sentence on 2/1/03.**

**RECOMMENDATION: PROVISIONAL REVOCATION**

PLEASE TYPE
SIGN WITH BALL POINT PEN ONLY — BEAR DOWN

Nº   3128   [0][3]



**COMMONWEALTH OF MASSACHUSETTS**
Parole Board

Region __2__   District __2__

| WARRANT FOR PERMANENT CUSTODY (COUNTY) | Name of Parolee | Institution Number |
|---|---|---|
| | | SUF# 0305039 2584 |
| | **Smith, Corey** | SID Number |

| Date of Birth | Sex | Race | |
|---|---|---|---|
| 03/03/81 | ☒ Male  ☐ Female | ☐ White  ☒ Black  ☐ Hispanic  ☐ Other | This warrant for permanent custody is issued by the Parole Board in accordance with chapter 127 section 149 of the Massachusetts General Laws. |

**To any officer authorized to serve criminal process in the Commonwealth of Massachusetts or to any Peace Officer authorized to serve Criminal Process in the United States: you are required to arrest the parolee and convey him/her to** _Suffolk County House Correction_ **. To the superintendent of said institution: you are hereby required to receive the prisoner and safely keep him/her until the expiration of sentence or until otherwise discharged according to law.**

**REASON FOR WARRANT FOR PERMANENT CUSTODY:**

Above named parolee has violated a condition(s) of his/her parole.

| Chairman or Parole Board Member | Date Warrant Issued |
|---|---|
| | 12/2/03 |

| RETURN OF SERVICE  Mail to: | Signature of Arresting Officer | Date Arrested |
|---|---|---|
| Warrant Unit Massachusetts Parole Board 27-43 Wormwood Street Boston, MA 02210-1606 | By virtue of this warrant I certify that the above named person has been arrested and placed in custody at: | |

| | Institution | Effective Date of Return |
|---|---|---|
| | **Suffolk County House Correction** | 11/23/03 |

| Signature of Officer Making Return | Title | Date Returned |
|---|---|---|
| | SSPO | 11/23/03 |

PB-WPCC. 4/1/94

white copy — Warrant Unit          yellow copy — institution          pink copy — parole officer