# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: Superintendent of the Federal Correctional Institution Ray Brook, P.O.Box 9001
Ray Brook, New York 12977

YOU ARE COMMANDED to have the body of __Corey Smith-25189-038__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No._8_, on the _3 rd_ floor, Boston, Massachusetts on _October 19, 2006_, at _2:15_ P. M.

for the purpose of _Resentencing_

in the case of   UNITED STATES OF AMERICA V.  _Corey Smith_

CR Number __04-cr-10111-003-MEL__

And you are to retain the body of said __Corey Smith__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said _Corey Smith_ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 8 day of September 2006.



SARAH A. THORNTON
CLERK OF COURT

By: _/s/ George H. Howarth_
Deputy Clerk

(writ habea.wpd - 3/7/2005)