```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|        v. | ) | Cr. No. 04-10111-MEL |
| | ) | |
| COREY SMITH, | ) | |
|     Defendant. | ) | |

### DEFENDANT'S MOTION TO RELEASE RECORDS

Defendant Corey Smith, by his attorney, hereby moves this Court to order Pretrial Services to release to defendant any and all records in its possession, custody or control relating to his treatment and residence at Spectrum House and his residence at a sober house through the South Middlesex Opportunity Council while defendant was on pretrial release in the above case on the ground that these records are relevant to defendant's resentencing hearing that is scheduled for October 19, 2006.

COREY SMITH<br>
By his Attorney,<br>
s/Jonathan Shapiro<br>
BBO No. 454220<br>
Stern Shapiro Weissberg<br>
   & Garin, LLP<br>
90 Canal Street<br>
Boston, MA 02114<br>
617-742-5800

Dated: October 13, 2006

**CERTIFICATE OF SERVICE**
    I hereby certify that this document(s) filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on 10/13/06.

/s/ Jonathan Shapiro