```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA,   )<br>     Plaintiff,           )<br>                             )<br>        v.                   )<br>                             )<br>COREY SMITH,                 )<br>     Defendant.              )<br>                             ) | Cr. No. 04-10111-MEL |

[PROPOSED] **ORDER**

It is hereby ordered and adjudged that Federal Pretrial Services release forthwith to defendant any and all records in its possession, custody and control relating to defendant's treatment and residence at Spectrum House and his residence at a sober house through the South Middlesex Opportunity Council during in pretrial release in the above case.

Ordered this ___ day of October, 2006.

_____
United States District Judge