# EXHIBIT A

University of the State of New York
THE STATE EDUCATION DEPARTMENT
High School Equivalency Programs & GED Testing
P.O. Box 7348
Albany, New York 12224-0348

## NEW YORK STATE HIGH SCHOOL EQUIVALENCY DIPLOMA TRANSCRIPT

You have earned satisfactory scores * on the GED Tests and have been awarded a New York State High School Equivalency diploma.

| | Test Scores | | |
|---|---|---|---|
| Language Arts - Writing | 470 | Test Center Number | 1002 |
| Social Studies | 490 | Test Date | 10/13/2005 |
| Science | 470 | GED ID Number | 182223 |
| Language Arts - Reading | 520 | Provided ID Number | 026626642 |
| Mathematics | 450 | Date of Birth | 03/03/1982 |
| Total | 2400 | Diploma Number | Y01205183 |
| | | Date Issued | 12/07/2005 |

* 410 minimum score for each subject and 2250 minimum total score required

*Corey O Smith*
*P O Box 300*
*Ray Brook NY 12977*

This transcript is produced for:    **Corey O Smith**
Amount received:                     $10.00

464309JBOL

HSE 661 (3/02)



**University of the State of New York**
**State Education Department**

Be it known that

**Corey O Smith**

having satisfactorily completed the requirements prescribed by the Commissioner of Education is thereby entitled to this

## High School Equivalency Diploma

In Witness Whereof the Regents issue this diploma under seal of the University at Albany in

December 2005

*President of the University and Commissioner of Education*

Y01205183

# Certificate of Participation

presented to

*Corey Smith*

has successfully participated in the

**December 2005 Graduation Ceremony**

This certificate is hereby issued this 9th day of December 2005 Federal Correctional Institution, Ray Brook, New York

_____  
Teacher

_____  
Supervisor of Education