# EXHIBIT B

# CERTIFICATE of COMPLETION

LET IT BE KNOWN THAT

**SMITH, COREY**

HAS SUCCESSFULLY COMPLETED THE DRUG ABUSE EDUCATION PROGRAM AT THE FEDERAL CORRECTIONAL INSTITUTION, RAY BROOK, NEW YORK

NOVEMBER 18, 2005

_____
ANN GILBERTSON, PH.D., DAP COORDINATOR

_____
GLENN MARY COLBY, DRUG TREATMENT SPECIALIST