UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>COREY SMITH, )<br>    Defendant. )<br>) | Cr. No. 04-10111-MEL |

[~~PROPOSED~~] ORDER

It is hereby ordered and adjudged that Federal Pretrial Services release forthwith to defendant *& The government* any and all records in its possession, custody and control relating to defendant's treatment and residence at Spectrum House and his residence at a sober house through the South Middlesex Opportunity Council during in pretrial release in the above case.

Ordered this _17_ day of October, 2006.

_____
United States District Judge