UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| **v.** ) | **Criminal No. 04-10111-MEL** | |
| ) | | |
| **COREY SMITH,** ) | | |
| ) | | |
| **Defendant.** ) | | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed on the defendant, Corey Smith, by the district court (Lasker, S.J.) on October 19, 2006 and the resulting Judgment in a Criminal Case (entered on the docket on October 24, 2006).

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                  By:   *s/Patrick Hamilton/*
Date:  November 20, 2006                PATRICK HAMILTON
                                              Assistant U.S. Attorney

Certificate of Service

I, Patrick Hamilton, Assistant United States Attorney, hereby certify that I have caused a copy of this notice to be served electronically upon Jonathan Shapiro, Esq., Stern, Shapiro, Weissberg & Garin, 90 Canal Street - Suite 500, Boston, MA 02114, on November 20, 2006.

                                              *s/Patrick Hamilton/*
                                              Patrick Hamilton
                                              Assistant U.S. Attorney