UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
UNITED STATES OF AMERICA )
                         )
                         )
                         )
         v.              )   CRIMINAL NO. 04-10111-MEL
                         )
                         )
                         )
COREY SMITH,             )
                         )
    Defendant.           )
_____)
```

**DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL**

Defendant Corey Smith hereby moves this Court pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, to enter an order appointing the undersigned to represent him for the purpose of determining whether he is eligible for a reduction in his sentence as a result of the actions of the Sentencing Commission reducing the crack cocaine guidelines and making the reduction retroactive to previously sentenced defendants and, if appropriate, for the purpose of representing defendant in seeking a reduced sentence.

Respectfully submitted,

s/Jonathan Shapiro
Jonathan Shapiro
BBO No. 454220
Stern Shapiro Weissberg
    & Garin LLP
90 Canal Street
Boston, MA 02114
617-742-5800

<u>Certificate of Service</u>

    This is to certify that the above document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing on February 21, 2008.

                                   <u>s/Jonathan Shapiro</u>
                                   Jonathan Shapiro