# UNITED STATES DISTRICT COURT

DISTRICT OF        MASSACHUSETTS

UNITED STATES

**v.**                                                                **APPEARANCE**

COREY SMITH

Case Number:   04-10111-MEL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     the United States

I certify that I am admitted to practice in this court.

02/27/2008                                                        /s/ James Lang
Date                                                                   Signature

James Lang                          546988
Print Name                                                      Bar Number

U.S. Attorney's Office, One Courthouse Way
Address

Boston                              MA     02210
City                                State            Zip Code

617-748-3175            617-749-3954
Phone Number                                               Fax Number